JPML FORM 1A

DOCKET ENTRIES

JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 923 -- In re Litigation Involving Alleged Losses to Cargo From Barge GULF FLEET 265 Between Alabama and Puerto Rico in December 1990

| Date | Ref. | Pleading Description |
|---|---|---|
| 92/02/11 | 1 | MOTION, BRIEF, SCHEDULE OF ACTIONS, & PROOF OF SERVICE -- filed by Marine Transportation Services Sea-Barge Group, Inc. for Transfer of Action -- Suggested Transferee Court:  S.D. Florida (bas) |
| 92/02/20 | | HEARING ORDER -- setting motion to transfer for Panel Hearing on March 27, 1992 (ds) |
| 92/02/21 | | APPEARANCE -- ROBERT M. THORNTON, ESQ. for Finn Container Cargo Services, Inc., et al.; JOHN D. KALLEN, ESQ. for United States Fire Insurance Company; ALVIN H. BADGER, ESQ. for Texas Hoist & Crane, Inc.; MICHAEL T. MOORE, ESQ. for Aljoma Lumber, Inc.; H.N. CUNNINGHAM, III, ESQ. for Truckers Express, Inc. (bas) |
| 92/02/25 | | APPEARANCE -- ALVARO L. MEJER, ESQ. for Zapata Gulf Marine Corporation, Zapata Gulf Marine Operators, Inc., Zapata Gulf Marine Service Corporation, Marine Transportation Services Sea-Barge Group, Inc., Gulf Fleet Supply Vessels, Inc., Sea Barge, Ltd., and Barge "Gulf Fleet 265"; JOHN T. JASZCZAK, ESQ. for Skyline Steel Corporation (bas) |
| 92/02/25 | | AMENDED PROOF OF SERVICE -- (to pldg. #1) -- attached to pldg. #1 (bas) |
| 92/03/02 | 2 | RESPONSE -- (to pldg. #1) Texas Hoist & Crane, Inc. -- w/cert. of svc. (rh) |
| 92/03/02 | 3 | RESPONSE/BRIEF -- (to pldg. #1) Truckers Express,Inc. -- w/cert. of svc. (rh) |
| 92/03/02 | 4 | RESPONSE -- (to pldg. #1) Finn Container Cargo Services, Inc. -- w/cert. of svc. (rh) |
| 92/03/04 | 5 | REPLY -- Marine Transportation Services Sea-Barge Group, Inc. -- w/cert. of svc. (rh) |

JPML FORM 1A

Q. 2

## DOCKET ENTRIES

### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 923-- _____

| Date | Ref. | Pleading Description |
|------|------|----------------------|
| 92/03/20 | 6 | INTERESTED PARTY RESPONSE -- (to pldg. #1) Filed by Deft. Mobile Independent Stevedoring, Inc. -- w/cert. of svc. (rh) |
| 92/03/23 | 7 | INTERESTED PARTY RESPONSE, AFFIDAVIT OF TRAVIS L. HALL -- (to pldg. #1) Filed by Klumb Lumber Company and Walker Export Corporation -- w/cert. of svc. (rh) |
| 92/03/26 | 8 | REPLY -- (to pldgs. #6 and 7) Filed by Marine Transportation Services Sea-Barge Group, Inc. -- w/cert. of svc. (rh) |
| 92/03/27 | | WAIVERS OF ORAL ARGUMENT -- All Parties Waived (ds) |
| 92/04/10 | | TRANSFER ORDER -- transferring A-1 through A-4 to the Southern District of Alabama for pretrial proceedings -- Notified involved counsel, judges, clerks and misc. recipients (kac) |

JPML Form 1

    Revised: 8/78

### DOCKET NO. 923   -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

CAPTION: In re Litigation Involving Alleged Losses to Cargo From Barge GULF FLEET 265 Between Alabama and Puerto Rico in December 1990

#### SUMMARY OF LITIGATION

| Hearing Dates | Orders | | | Transferee | | |
|---|---|---|---|---|---|---|
| | Dates Filed | Type | Citation | District | Name of Judge | Assigned From |
| | April 19, 1992 | TO | Unpublished | S.D. Alabama | Hon. Charles R. Butler, Jr. | |

#### Special Transferee Information

DATE CLOSED:  _____

JPML FORM 1

LISTING OF INVOLVED ACTIONS

DOCKET NO. 923 -- In re Litigation Involving Alleged Losses to Cargo From Barge GULF FLEET 265 Between Alabama and Puerto Rico in December 1990

| Intra-Office Number | Caption | District and Judge | Civil Action Number | Transfer Date | Transferee Docket Number | Date of Dismissal or Remand | Misc. |
|---|---|---|---|---|---|---|---|
| A-1 | Marine Transportation Services Sea-Barge Group, Inc. v. Klumb Lumber Co., Inc., et al. | Fla.,S. Graham | 91-2647-CIV-GRAHAM | 4/10/92 | CA 92-0401-CB-M | | |
| A-2 | Finn Container Cargo Services, Inc. v. Barge "GULF FLEET 265", et al. | Fla.,S. Kehoe | 92-0001 CIV-KEHOE | 4/10/92 | CA92-0376-CB-M | | |
| A-3 | United States Fire Insurance Co. v. Marine Transportation Services Sea-Barge Group, Inc. | Fla.,S. Kehoe | 92-0009 CIV-KEHOE | 4/10/92 | CA 92-0377-CB-M | | |
| A-4 | Texas Hoist & Crane, Inc. v. Finn Container Cargo Services, Inc., et al. | Tex.,N. Fish | CA3-91-2865-G | 4/10/92 | CA 92-0238-CB-M | | |
| A-5 | Klumb Lumber Company v. Marine Transportation Services Sea-Barge Group, Inc., et al. | Ala.,S. Butler | 92-CV-6 | | CA 92-0006-CB-M | | |

Sept 1992  4 tr/1X92/5 pending
Sept. 1993 - same

JPML Form 4

### ATTORNEY SERVICE LIST
### JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 923 -- In re Litigation Involving Alleged Losses to Cargo From
Barge GULF FLEET 265 Between Alabama and Puerto Rico
in December 1990

===================================================================================

MARINE TRANSPORTATION SERVICES
  SEA-BARGE GROUP, INC.
GULF FLEET SUPPLY VESSELS, INC.
SEA BARGE, LTD.
ZAPATA GULF MARINE CORPORATION
ZAPATA GULF MARINE OPERATORS, INC.
ZAPATA GULF MARINE SERVICE CORP.
BARGE "GULF FLEET 265" (A-1)
Alvaro L. Mejer, Esq.
Armstrong & Mejer, P.A.
1111 Douglas Centre
2600 Douglas Road
Coral Gables, FL  33134

FINN CONTAINER CARGO SERVICES,
  INC. (A-2)
Robert M. Thornton, Esq.
Kilgore & Kilgore
3131 McKinney Avenue, Suite  700
Dallas, TX  75204

UNITED STATES FIRE INSURANCE
  CO. (A-3)
John D. Kallen, Esq.
Badiak, Will & Kallen, P.A.
901 N.E. 125th Street
No. Miami, FL  33161

TEXAS HOIST & CRANE, INC.
  (A-4)
Alvin H. Badger, Esq.
5200 Renaissance Tower
Dallas, TX  75270

KLUMB LUMBER CO., INC.
ARROWPACK, INC.
MACMILLAN BLODEL (U.S.A.), INC.
WALTER J. ANDERSON, JR.
ANDERSON SHIPPING CO., INC.
**(Unable to determine counsel)**

ALJOMA LUMBER, INC. (DEFT. A-1)
Michael T. Moore, Esq.
Holland & Knight
1200 Brickell Avenue
Miami, FL  33131

F.B. WALKER EXPORT CO., INC.
AMERICAN PITCH PINE CO., INC.
**(No appearance rec'd.)**
Elizabeth B. Walker
American Pitch Pine Co.
P. O. Box 914
Mobile, AL  36601

OLYMPIA INTERNATIONAL, INC.
**(No appearance rec'd.)**
Dorothea M. Polster, Esq.
Kahn, Kleinman, Yanowitz &
  Aronson Co.
2600 Tower at Erieview
Cleveland, OH  44114-1824

SKYLINE STEEL CORP.
John T. Jaszczak, Esq.
Hogg, Allen, Norton & Blue
324 South Hyde Park Ave., Suite 350
Tampa, FL  33606

TRUCKERS EXPRESS, INC.
H.N. Cunningham, III, Esq.
Pulley, Cole, Roberts, Cunningham
  & Stripling
800 Preston Commons West
8117 Preston Road
Dallas, TX  75225

JPML FORM 3

p. 1

COMMON PARTY CHECKLIST -- JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

DOCKET NO. 923 -- In re Litigation Involving Alleged Losses to Cargo From Barge GULF FLEET
265 Between Alabama and Puerto Rico in December 1990

| Name of Party | Named as Party in Following Actions |
|---|---|
| Klumb Lumber Co., Inc. | A-1, |
| Aljoma Lumber, Inc. | A-1 |
| Arrowpack, Inc. | A-1 |
| MacMillan Blodel (U.S.A.), Inc. | A-1 |
| American Pitch Pine Co., Inc. | A-1 |
| F.B. Walker Export Co., Inc. | A-1 |
| Finn Container Cargo Services, Inc. | A-1, A-4 |
| Olympia International, Inc. | A-1 |
| Skyline Steel Corp. | A-1 |
| Barge "GULF FLEET 265" | A-2, |
| Marine Transportation Services Sea-Barge Group, Inc. | A-2, A-4 |

p.  2

| | |
|---|---|
| Gulf Fleet Supply Vessels, Inc. | A-2, A-4 |
| Marine Transportation Services Sea-Barge Group, Inc. | A-3 |
| Anderson Shipping Co., Inc. | A-4 |
| Walter J. Anderson, Jr. | A-4 |
| Truckers Express, Inc. | A-4 |
| Sea-Barge, Ltd. | A-4 |
| Zapata Gulf Marine Corp. | A-4 |
| Zapata Gulf Marine Operators, Inc. | A-4 |
| Zapata Gulf Marine Service Corp. | A-4 |
| | |
| | |